UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
FRED ALSTON, as a Trustee of THE LOCAL  :
272 LABOR-MANAGEMENT PENSION          :
FUND, FRED ALSTON, as a Trustee of THE :
LOCAL 272 WELFARE FUND,                :       23-CV-6740 (VSB)
:
                                Plaintiffs,    :       **ORDER**
:
                  -against-              :
:
1699 NEW YORK AVE PARKING LLC,         :
:
                            Defendants.    :
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      Plaintiffs filed this action on August 1, 2023, (Doc. 1), and filed affidavits of service on August 15 and 17, 2023, (Docs. 6, 7). The last deadline for Defendant to respond to Plaintiffs' complaint was September 5, 2023. (*See* Doc. 7.) To date, Defendant has not appeared or responded to the complaint. Plaintiffs, however, have taken no action to prosecute this case. Accordingly, if Plaintiffs intend to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than September 27, 2023. If Plaintiffs fail to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   September 11, 2023
           New York, New York

                                                               VERNON S. BRODERICK
                                                                 United States District Judge