UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
FRED ALSTON, as a Trustee of THE LOCAL 272 :
LABOR-MANAGEMENT PENSION FUND, :
FRED ALSTON, as a Trustee of THE LOCAL 272 :  23-cv-6740 (VSB)
WELFARE FUND, :
: **ORDER**
Plaintiffs, :
:
-against- :
:
1699 NEW YORK AVE PARKING LLC, :
:
Defendant. :
:
-------------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

   This action having been commenced on August 1, 2023 by the filing of the Complaint, (Doc. 1), and Defendant 1699 New York Ave Parking LLC having been served on August 10 and 14, 2023, (Docs. 6–7), and the Defendant not having appeared or answered the Complaint and the time for answering the Complaint having expired, I held an Order to Show Cause hearing in this action. The Order to Show Cause hearing was held on October 31, 2023 at 2:00 p.m. Defendant failed to appear at that hearing. Accordingly, it is hereby:

   ORDERED that a default is entered against Defendant 1699 New York Ave Parking LLC as to liability.

   IT IS FURTHER ORDERED that this action be referred to a Magistrate Judge for an inquest into damages.

SO ORDERED.

Dated: October 31, 2023
    New York, New York

                                  Vernon S. Broderick
                                  United States District Judge