JEFFREY S. DUBIN, P.C.  
464 NEW YORK AVENUE  
SUITE 100  
HUNTINGTON, NEW YORK 11743  

TELEPHONE  
(631) 351-0300  
TELECOPIER  
(631) 351-1900  
INTERNET  
DubinJS@cs.com  

Jeffrey S. Dubin  

July 9, 2024  

Judge Valerie Figueredo  
United States Courthouse  
Southern District of New York  
New York, New York  

By ECF Only  

Re: *Alston, etc. v. 1699 New York Ave Parking LLC*  
23-CV-6740 (VSB) (VF)  

Dear Judge Figueredo,

The Court's Scheduling Order of June 7, 2024, (Doc. # 25) required me to file and serve Proposed Findings of Fact and Conclusions of Law concerning damages on or before **July 10, 2024.** Due to the extended illness of my wife, I have been unable to finish drafting them. The illness will hopefully be resolved tomorrow as she is having a mitral valve replacement. I am a sole practitioner. There is no other attorney in my firm that can draft the documents.

I request an additional 10 days until **July 19, 2024**, to file and serve the Proposed Findings of Fact and Conclusions of Law concerning damages. The defendant's date to submit its response is **August 10, 2024.**

Very truly yours,

Jeffrey S. Dubin

---

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO  
UNITED STATES MAGISTRATE JUDGE  
DATED: 7-10-2024

Plaintiff's deadline to file Proposed Findings of Fact and Conclusions of Law is extended from **July 10, 2024** to **July 19, 2024**. The defendant's date to submit its response is extended to **August 20, 2024**.