**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

FRED ALSTON, as a Trustee of THE LOCAL 272
LABOR-MANAGEMENT PENSION FUND,
FRED ALSTON, as a Trustee of THE LOCAL 272
WELFARE FUND,

                Plaintiffs,                  23 **CIVIL** 6740 (JAV)(VF)

    -against-                              **JUDGMENT**

1699 NEW YORK AVENUE PARKING LLC,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 1, 2025, the Report and Recommendation is ADOPTED in its entirety. Judgment entered in favor of Plaintiffs and against Defendant in the amount of $19,555.49, plus post-judgment interest at the statutory rate. Accordingly, the case is closed.

**Dated:**  New York, New York
           May 1, 2025

                                                          **TAMMI M. HELLWIG**
                                                              **Clerk of Court**

                                  **BY:**
                                                              **Deputy Clerk**